IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MALESIA DAVIS SMITH, S.D., et al.**                                                      **PLAINTIFFS**

**V.**                                         **CIVIL ACTION NO.: 4:14-cv-00101-MPM-JMV**

**DNI LOGISTICS, et al.**                                                                  **DEFENDANTS**

## ORDER

This matter is before the court, *sua sponte*, to allow Plaintiffs additional time to serve the individual defendant in this case. The court previously entered a show cause order directing Plaintiffs to explain why service of process had not been effectuated on the individual defendant. In their response, Plaintiffs requested a period of thirty (30) days to complete service on said defendant. For the reasons articulated in the response and for good cause shown,

**IT IS, THEREFORE, ORDERED**:

That Plaintiffs shall have thirty (30) additional days from entry of this order, or until January 23, 2014, to effectuate service upon the individual defendant.

**SO ORDERED** this 23rd day of December, 2014.

/s/Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**